**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO. 5:14CR6**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RASHIME OMAR GARDNER** | ) | |
| _____ | ) | |


Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, hereby grants the Government's Motion To Dismiss the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.


Signed: June 26, 2014

Richard L. Voorhees
United States District Judge